IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENG LEE,

        Petitioner,                    No. CIV S-06-2164 GEB DAD P

    vs.

DIRECTOR OF CORRECTION, et al.,

        Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        The in forma pauperis application demonstrates that petitioner is unable to afford the costs of this suit. Accordingly, petitioner's application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). See also Rule 2(a), Fed. R. Governing § 2254 Cases ("If the petitioner is currently in custody under a state-court judgment, the petitioner must name as respondent the state officer who has custody."). A state prisoner is in the custody of the warden of the institution where he is confined. Here, petitioner has listed as respondents (1) an unnamed

1

director of a state agency that has not been correctly identified and (2) the attorney general of the State of California. Neither respondent is the warden of petitioner's institution. The petition will be dismissed with leave to file an amended petition naming the proper respondent. See Stanley, 21 F.3d at 360.

Petitioner's habeas petition was accompanied by a motion for the court to consider his petition without regard to technical errors. Pro se pleadings filed in this court are considered in accordance with the federal statutes and rules that apply to the case, the local rules of practice, and relevant decisions of the United States Supreme Court and the Ninth Circuit Court of Appeals. Petitioner's motion is unnecessary and will be denied on that ground.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's October 2, 2006 application to proceed in forma pauperis is granted;

2. Petitioner's October 2, 2006 motion to consider the habeas petition without regard to technical errors is denied;

3. Petitioner's habeas petition is dismissed with leave to amend;

4. Petitioner's amended petition shall be filed within thirty days from the date of this order; the petition shall be identical to the petition filed on October 2, 2006, except that petitioner shall name as respondent the warden of the institution where petitioner is confined, the word "AMENDED" shall appear at the top of the amended petition, and the case number assigned to this action shall be entered in the space designated for case number.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
lee2164.122

2