IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENG LEE,

        Petitioner,           No. CIV S-06-2164 GEB DAD P

    vs.

DIRECTOR OF CORRECTION, et al.,

        Respondents.         ORDER TO SHOW CAUSE

                                       /

        By order filed November 27, 2006, petitioner was granted thirty days to file an amended habeas petition naming the proper respondent. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order. IT IS ORDERED that petitioner shall file, within fifteen days from the date of this order, a declaration under penalty of perjury in which he shows good cause for his failure to comply with the November 27, 2006 order. Failure to respond to this order will result in a recommendation that this action be dismissed without prejudice. See Local Rule 11-110.

DATED: January 9, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
lee2164.osc