1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LENG LEE,

11            Petitioner,                    No. CIV S-06-2164 GEB DAD P

12        vs.

13   DIRECTOR OF CORRECTION, et al.,        ORDER AND

14            Respondents.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16            Petitioner is a state prisoner proceeding pro se and in forma pauperis with a

17   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

18            On November 27, 2006, the court dismissed petitioner's original petition and

19   ordered him to file an amended petition naming the proper respondent.  The court advised

20   petitioner that his amended petition should be identical to his original petition filed on October 2,

21   2006, except that petitioner should name as respondent the warden of the institution where he

22   was confined, the word "AMENDED" should appear at the top of the amended petition, and the

23   case number assigned to this action should be entered in the space designated for the case

24   number.

25            On January 10, 2007, having not received petitioner's amended petition, the court

26   ordered petitioner to file a declaration showing good cause for his failure to comply with the

                                              1

1    court's previous order.  On January 25, 2007, petitioner filed a declaration informing the court

2    that, in his "rush and ignorance" to correct his habeas petition, he failed to type "Amended" at

3    the top of his amended petition.  He also informed the court that he thought he had additional

4    time to file his amended petition and that he experienced difficulty making a copy of his petition

5    because the copy machine at his institution's law library was not working properly.

6            The court's own records reveal that on December 26, 2006, petitioner filed a

7    petition for writ of habeas corpus in Case No. CIV S-06-2910 MCE EFB P.[1]  The petition is

8    identical to his original petition filed on October 2, 2006, in this case, except that petitioner

9    named as respondent the warden of the institution where he was confined.  Presumably,

10   petitioner intended to file the petition in this action.  However, because the petition did not

11   include the word "AMENDED" at the top of the petition or the case number assigned to this

12   action, the Clerk of the Court opened a new action and assigned the petition Case No. CIV S-06-

13   2910 MCE EFB P.  On July 12, 2007, respondent filed an answer to the petition.  On September

14   4, 2007, petitioner filed a traverse.  Petitioner's habeas petition is now submitted for decision in

15   Case No. CIV S-06-2910 MCE EFB P.

16           Due to the duplicative nature of the present action and in light of the fact that

17   petitioner's other habeas petition before the court is now fully briefed by the parties and

18   submitted for decision, the court will recommend that this case be dismissed.

19           Accordingly, IT IS HEREBY ORDERED that the court's January 10, 2007 order

20   to show cause is discharged.

21           IT IS HEREBY RECOMMENDED that this action be dismissed as duplicative.

22           These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25

26       [1]   A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

3   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4   F.2d 1153 (9th Cir. 1991).

5   DATED: October 20, 2008.

6

7   _____

8   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

9   DAD:9
    lee2164.156

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26