1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   LENG LEE,

13            Petitioner,                    2:06-cv-2164-GEB-DAD-P

14        vs.

15   DIRECTOR OF CORRECTION, et al.,

16            Respondents.              ORDER

17   _____/

18            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

21            On October 21, 2008, the magistrate judge filed findings and recommendations

22   herein which were served on petitioner and which contained notice to petitioner that any

23   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

24   has not filed objections to the findings and recommendations.

25   ///

26   ///

                                            1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations filed October 21, 2008, are adopted in full;

5  and

6    2.  This action is dismissed as duplicative.

7  Dated:  December 8, 2008

8

9  _____
   GARLAND E. BURRELL, JR.
10 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26